UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6351**

18 U.S.C. § 2252A(a)(1)
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. § 2252A(a)(5)(B)

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
    v.                          )
                                )
FRANCIS JOSEPH CALASCIBETTA,    )
                                )
            Defendant.          )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about May 30, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCIS JOSEPH CALASCIBETTA,**

did knowingly transport and ship, in interstate and foreign commerce, by computer, child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation of Title 18, United States Code, Section 2252A(a)(1).



### COUNT II

On or about May 30, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCIS JOSEPH CALASCIBETTA,**

did knowingly distribute child pornography, that is: visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, that had been shipped and transported in interstate and foreign commerce by computer; all in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

### COUNT III

On or about May 30, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCIS JOSEPH CALASCIBETTA,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; all in violation

of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| FRANCIS JOSEPH CALASCIBETTA | **Superseding Case Information**: |

**Court Division**: (Select One)

    ___ Miami    ___ Key West
    _X_ FTL     ___ WPB ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __no__
   List language and/or dialect _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | |
   | III | 11 to 20 days | ___ | Misdem. | ___ | |
   | IV | 21 to 60 days | ___ | Felony | _X_ | |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                      REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

**Defendant's Name** FRANCIS J. CALASCIBETTA     **Case No.** _____

===================================   ===========================================

Count #: 1

TRANSPORTATION OF CHILD PORNOGRAPHY IN INTERSTATE COMMERCE BY COMPUTER

18 U.S.C. § § 2252A(a)(1)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE

==============================================================================
Count #: 2

DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER

18 U.S.C. § § 2252A(a)(2)

**Max. Penalty:**     15 YEARS' IMPRISONMENT; $250,000 FINE

==============================================================================
Count #: 3

POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

18 U.S.C. § § 2252A(a)(5)(B)

**Max. Penalty:**     5 YEARS' IMPRISONMENT; $250,000 FINE

==============================================================================
Count #:


**Max. Penalty:**
==============================================================================
Count #.


**Max. Penalty:**
==============================================================================
Count #:


**Max. Penalty:**
==============================================================================
==============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.