# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

FRANCIS JOSEPH CALASCIBETTA

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

FILED by _____ D.C.

CASE NUMBER:

**00-6351**

DEC 14 2000

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.

YOU ARE HEREBY COMMANDED to arrest __FRANCIS JOSEPH CALASCIBETTA__
Name

CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title __18__ United States Code, Section(s) __2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B)__

**Clarence Maddox**
Name of Issuing Officer

_[signature]_
Issuing Officer

Bail fixed at $___25,000 CSB___

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

_[signature]_
LURANA S. SNOW
by __MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
|  |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

