UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6351-CR-DIMITROULEAS

UNITED STATES OF AMERICA

           Plaintiff,

v.

FRANCIS JOSEPH CALASCIBETTA,

           Defendant.

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, of the South Florida Reception Center

1.     It appearing from the petition of the United States of America that FRANCIS JOSEPH CALASCIBETTA, Department of Corrections Number 520000972, a defendant in the above entitled case, is confined in the Broward County Jail, Ft. Lauderdale, Florida, and that said case is set for an initial appearance at the United States Federal Courthouse, 299 East Broward Boulevard, Ft. Lauderdale Florida on January 17, 2001, and that it is necessary for the said defendant to be before this Court for the said proceeding;

**NOW, THEREFORE**, this is to command you, any United States Marshal, that you have the body of the said FRANCIS JOSEPH CALASCIBETTA, now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard, Ft. Lauderdale, Florida by or before 9:00 a.m., on January 17, 2001, for an initial appearance on the criminal charges pending against subject in this cause, hold said defendant until the conclusion of his case, that is



until discharged or sentenced; and upon completion of said proceedings that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of the Broward County Jail, Ft. Lauderdale, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said FRANCIS JOSEPH CALASCIBETTA for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Ft. Lauderdale, Florida, this ___ day of _____ 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Rice)
U.S. Marshal (3 certified copies)
Chief Probation Officer