FILED by ___

**JAN 1 7 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF. FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55614-004

UNITED STATES OF AMERICA          )
                    Plaintiff     )    Case Number: CR 00-6351-CR-WPD
                                  )    REPORT COMMENCING CRIMINAL
          -vs-                    )            ACTION
                                  )
FRANCIS J. CALASCIBETTA           )
                    Defendant

*******************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*******************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)    Date and Time of Arrest: 1-17-01 _____ am/pm ___

(2)    Language Spoken: ENGLISH

(3)    Offense (s) Charged: POSS/OBSCENE (CHILD) MATERIAL
_____

(4)    U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5)    Date of Birth: 4-13-79

(6)    Type of Charging Document: (check one)
       [X] Indictment   [ ] Complaint  To be filed/Already filed
       Case# _____

       [ ] Bench Warrant for Failure to Appear
       [ ] Probation Violation Warrant
       [ ] Parole Violation Warrant

       Originating District: _____ SD/FL _____

       COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

       Amount of Bond: $_____
       Who set Bond: _____

(7)    Remarks: _____
       _____

(8)    Date: _____  (9) Arresting Officer: _____

(10)   Agency: _____  (11) Phone: _____

(12)   Comments: _____