# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _5̲3̲9̲8̲1̲8̲_

UNITED STATES OF AMERICA

V.

FRANCIS JOSEPH CALASCIBETTA

## WARRANT FOR ARREST

TO:    The United States Marshal
and any Authorized United States Officer

CASE NUMBER:

# 00-6351

YOU ARE HEREBY COMMANDED to arrest____FRANCIS JOSEPH CALASCIBETTA

CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  |  | Information  |  | Complaint  |  | Order of court  |  | Violation Notice  |  | Probation Violation Petition

charging him or her with (brief description of offense)
TRANSPORTATION AND DISTRIBUTION OF CHILD PORNOGRAPHY BY COMPUTER, AND POSSESSION OF CHILD PORNOGRAPHY ON COMPUTER

in violation of Title 18  United States Code, Section(s)  2252A(a)(1), 2252A(a)(2) and 2252A(a)(5)(B)

Clarence Maddox
Name of Issuing Officer

Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

12/14/00 at Fort Lauderdale, Florida
Date and Location

LURANA S. SNOW

Bail fixed at $___25,000 CSB___        by  MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| **Detainer pick up from BSO** |

| DATE RECEIVED<br>12/14/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, U.S. Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>1/17/01 | | Edward Purchase, SDUSM |

