## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: FRANCIS CALASCIBETTA (J)    CASE NO: 00-6351-CR-DIMITROULEAS

AUSA: KATHLEEN RICE    ATTY: JEFFREY WEINER, ESQ.

AGENT:    VIOL: 18:2252A(a)(1)

PROCEEDING: I/A ON INDICTMENT    RECOMMENDED BOND: 25,000 CSB

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @: 25,000 CSB Stipulated    To be cosigned by:

*Advised of charges*
*firm cnsl present*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

**Reading of Indictment Waived**
**Not Guilty plea entered**
**Jury trial demanded**
**Standing Discovery Order requested**

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2/8 | 11 | SNOW | |

DATE: 1/18/01    TIME: 11:00    FTL/LSS TAPE # 01 - 006    Begin: 35    End: 135

