```
                                    UNITED STATES DISTRICT COURT
                          FILED by
                                    SOUTHERN DISTRICT OF FLORIDA
                          JAN 1 8 2001
    UNITED STATES OF AMERICA        CASE NO. 00-6351-CR-WPD
                          CLERK U.S. MADDOX
         vs               S.D. OF FLA. FT. LAUD.

    FRANCIS CALASCIBETTA              ARRAIGNMENT INFORMATION SHEET
```

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 18, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: _Custody_____

                        _____

                        Telephone:_____
DEFENSE COUNSEL:        Name: _Jeffrey Weiner, Esq_____
                        Address:_____

                        _____

                    _Stipulated_ Telephone:_____
BOND SET/CONTINUED:  $ _25,000 CSB_____

Bond hearing held: yes____ no _X_ Bond hearing set for_____

Dated this __18TH__ day of __JANUARY__, 2001.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By _/s/ Jenny Butler_____
                                         Deputy Clerk

                                    Tape No. __01- 006_____

cc: Copy for Judge
    U. S. Attorney

