# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED 2/21/01 D.C.

CASE NUMBER: 00-6351-CR-WPD  DATE: February 21, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Nanis Joseph Palascibella

U.S. ATTORNEY: _____    DEFT. COUNSEL: _____

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Ount motion for Continuance is granted. Court finds the time from Friday until 3/1 deemed excludable.

CASE CONTINUED TO: 3/1/01    TIME: 1:15    FOR: Status Conf or C/P

MISC: _____

