UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6351-CR-DIMITROULEAS

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

FRANCIS JOSEPH CALASCIBETTA

Defendant.
_____/

This matter having come before the Court on January 23, 2001 on a Joint Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to March 1, 2001 at 1:15 P.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this ___ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Kathleen Rice, AUSA
      Jeffrey Weiner, Esq.

