### CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6351-Cr-WPD    DATE: March 1, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Francis Joseph Calascibetta

U.S. ATTORNEY: Bruce Brown for Kathleen Rice    DEFT. COUNSEL: Jeffrey Weiner

REASON FOR HEARING: Change of Plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Gov't agrees to dismiss Counts 2 & 3 at time of Sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 5/18/01    TIME: 11/30    FOR: Sentencing
MISC: Written plea agreement filed -

