## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6351-CR-WPD    DATE: May 18, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Anita Rukuca

PROBATION: Katheryn Gomez    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Francis Joseph Calascibetta

U.S. ATTORNEY: Kathleen Rice    DEFT. COUNSEL: Jeffrey Weiner

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
41 months BOP, 3 years supervised release,
no fine, $100 assessment.

Court strongly recommends designation to Sex Offender
Treatment program in Butner, North Carolina.

Cts 2 & 3 dismissed

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: M/downward departure. Based upon credit
for time served.
Deft informed of right to appeal.