UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| Plaintiff, | § CASE NO. 00-6351-CR-DIMITROULEAS |
| vs. | § |
| FRANCIS JOSEPH CALASCIBETTA, | § |
| Defendant | § |

## ORDER

THIS MATTER having come on to be heard before this court on Friday May 18, 2001, on the Defendant's Motion to Hold the Defendant, and the court being otherwise fully advised of the matter, hereby GRANTS the Defendant's motion. It is hereby

ORDERED and ADJUDGED that the United States Marshal Service shall hold the Defendant, Francis Calascibetta, USM # 55614-004, at the Federal Detention Center, Miami for a period of thirty (30) days. However, the United States Marshal Service shall transport the Defendant to the State authorities upon their request for resolution of the State matter and then immediately transport him back to Federal custody.

DONE and ORDERED this __22__ day of May, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Jeffrey S. Weiner, Esquire
Kathleen Rice, Assistant United States Attorney
United States Marshal Service

