# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Offenses Committed On or After November 1, 1987) |
| FRANCIS CALASCIBETTA | Case Number: 00-6351-CR-WPD |
| | Counsel For Defendant: Jeffrey Weiner, Esq. |
| | Counsel For The United States: Kathleen Rice, AUSA |
| | Court Reporter: Anita LaRocca |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) ONE

[ ] pleaded nolo contendere to count(s)
   which was accepted by the court.

[ ] Was found guilty on count(s)
   after a plea of not guilty

FILED by _____ D.C.
MAY 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 2252A(a)(1) | Knowingly transport and ship, in Interstate and Foreign Commerce, By Computer, Child Pornography | 5/30/2000 | ONE |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s) 2, 3 (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 4/3/1979
Defendant's USM Number: 55614-004

Defendant's Residence Address:
   Federal Detention Center
   33 NE 4th Street
   Miami, FL 33132

Defendant's Mailing Address:
   Federal Detention Center
   33 NE 4th Street
   Miami, FL 33132

May 18, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

May 21, 2001

Judgment-Page 2 of 8

DEFENDANT: **CALASCIBETTA, FRANCIS**
CASE NUMBER: **00-6351-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 41 Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** strongly recommends designation to Sex Offender Treatment program in Butner, NC.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At _____ A.m. / p.m. on _____

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on _____

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on 11-7-01 To FCI Butner

at Butner NC, with a certified copy of this judgment.

Stephen M Duralt Worden
UNITED STATES MARSHAL

By Jerri Campbell UE
Deputy U.S. Marshal